## HENRY CLINE v. D. W. EDWARDS.

**Assignments—Action by Assignee.**

An assignee has no right of action at law against a remote assignor.

**Assignments—Substitution of Assignee to Rights of Assignor.**

If the immediate assignor is a non-resident, or if nothing can be recovered from him in the prosecution of a suit with due diligence, the holder of the assigned note may, by a proceeding in equity, be substituted to the rights of his assignor against a remote assignor.

APPEAL FROM McLEAN CIRCUIT COURT.

February 21, 1874.

OPINION BY JUDGE LINDSAY:

An assignee has no right of action at law against a remote assignor. He must look to the party who assigned to him. If the immediate assignor be a nonresident, of if after suit prosecuted with proper diligence nothing can be recovered from him, the holder of the assigned note may, by a proper proceeding in equity, be substituted to his rights against a remote assignor, or possibly he may upon proper averments be allowed to use his assignor's name in a suit at law, against any one bound to him by a contract of assignment. The petition in this case fails to disclose any of the above suggested reasons for joining the remote assignor, Cline, as a co-defendant with Vittetoe. No cause of action being set out against Cline, the judgment as to him is erroneous. It is therefore reversed, and the cause remanded for further proceedings consistent with this opinion.

*L. W. Gates, for appellant.*

—————, *for appellee.*